LAW OFFICES

# STACK CHARTERED

SUITE 411
140 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60603-5232

ESTABLISHED 1976

TELEPHONE 312-782-0690
FACSIMILE 312-782-0936
WWW.STACKLAW.COM

ELIZABETH L. BARBOUR
ELIZABETH@STACKLAW.COM

March 7, 2008

Travis Grammer
Clerks Office
U.S. District Court for the
Northern District of Illinois
219 S. Dearborn St., 20th Floor
Chicago, IL 60604

Re: Case No. 88-9858
Laerdal Medical Group v. Solco Surgical Instruments Co.

Dear Mr. Grammer,

In response to the court's request, I am advising on behalf of our firm, Stack Chartered, F/K/A Stack & Filpi Chartered, that the Plaintiff's Trial Exhibits 1, 4, 5, 6 & 7 (Docket item #93) in the above referenced case, be destroyed and disposed of in accordance with all applicable rules and statutes. If you or the court have any additional questions, please do not hesitate to contact me at the number above. Thank you.

Very Truly Yours,

Elizabeth L. Barbour

**FILED**
MAR 11 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| DISTRICT | OFF. | DOCKET NO. YR. NUMBER | OR | FILING DATE MO. DAY YR. | J | NATURE SUIT | DIV. | R | $ DEMAND THOUSANDS | JUDGE | MAG. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0752 | 01 | 88 9858 | 1 | 11 18 88 | 3 | 840 | | | | 5251 | | 88888 | | 88 9858 |

**PLAINTIFFS** **DEFENDANTS** 52BA

(P-1) LAERDAL MEDICAL CORPORATION (D-1) SOLCO SURGICAL INSTRUMENT COMPANY
 (D-2) KELLER, Jean, d/b/a Keller Medical Supplies

 (D-3) KELLER MEDICAL SPECIALTIES PRODUCTS,
 INC., an Illinois corporation
 (Amended complaint 07/25/89)

21-97-0160
#25
TD541

USCA 90-2316 USCA NO. 90-2758
 90-2408

MAGISTRATE LEFKOW (Referred 11/29/89) **CAUSE**
JUDGE CONLON (CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
 IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

 15 U.S.C 1051, 1127 - Trademark Infringement

**ATTORNEYS**

(P-1) (D-2)
A - Paul F. Stack A - Leon Zelechowski
 John J. Kakacek Karen T. Moses
 Robert A. Filpi LEON ZELECHOWSKI, Ltd.
 STACK & FILPI, CHTD. 20 N. Clark Street, Suite 1705
 140 S. Dearborn St., S-411 Chgo. 60602 609-0022
 Chgo., 60603 782-0690

□ CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS **FILING FEES PAID** **STATISTICAL CARDS**

DATE RECEIPT NUMBER C.D. NUMBER CARD DATE MAILED
11/18/88 266678


88 CV 9858

UNITED STATES DISTRICT COURT DOCKET



| DATE | NR. | PROCEEDINGS | 88 C 9858 |
|---|---|---|---|
| 11/25/88 | 1 | Filed 11/18/88: COMPLAINT. | JS-5 |
|  | 2 | Filed 11/18/88: Civil cover sheet. |  |
|  | 3 | Filed 11/18/88: Appearance of Paul F. Stack, John J. Kakacek, and Robert A. Filpi as counsel for plaintiff. |  |
|  | 4 | Filed 11/18/88: Rule 39 affidavit of P. Stack. |  |
|  | 5 | Filed 11/18/88: Rule 39 affidavit of J. Kakacek. |  |
|  | 6 | Filed 11/18/88: Rule 39 affidavit of R. Filpi. |  |
| MF | -- | Issued 11/18/88: Two summons and two copies each. |  |
| 12/01/88 | 7 | Minute order of 11/29/88: Plaintiff's motion for reassignment based on relatedness is denied. Conlon, J. Notice mailed 12/01/88. |  |
|  | 8 | Filed 11/29/88: Notice of motion. |  |
| JS | 9 | Filed 11/29/88: Plaintiff's motion for reassignment based on relatedness. |  |
| 12/19/88 | 10 | Minute order of 12/16/88: Plaintiff's motion for an order directing service on Solco Surgical Instrument Company in Korea is denied for reasons stated in open court. Conlon, J. Mailed notice 12/19/88. |  |
|  | 11 | Filed 12/16/88: Motion for order directing service on defendant in foreign country (Attachments). |  |
| MF |  |  |  |
| 12/29/88 | 12 | Minute order of 12/28/88: Plaintiff's motion for an order directing service on Solco Surgical Instrument Company in a foreign country (Korea) by private Inaternational Mail service with signed receipt being sufficient proof of service is granted. Conlon, J. Mailed notice 12/29/88. |  |
|  | 13 | Filed 12/28/88: Plaintiff's motion for order directing service on defendant in foreign country. |  |
| AEW |  |  |  |
| 12/30/88 JS | -- | Issued 12/28/88: Summons and one copy as to Solco Surgical Instrument Co. |  |
| 12/30/88 JS | -- | Issued 12/29/88: Alias summons and one copy as to Solco Surgical Instrument Co. |  |
| 01/04/89 | 14 | Minute order of 01/03/89: At the status hearing, parties to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get case ready for trial. Plaintiff is to advise all other parties of the Court's action herein. Status hearing set for 8 Feb 89 at 9:00 a.m. Conlon, J. Mailed notice 01/04/89. |  |
| AEW |  |  |  |
| 01/09/89 MF | -- | Mailed 01/09/89: To the commissioner of patents and trademarks, Washington D.C., trademark report. |  |
| 01/11/89 MF | 15 | Filed 01/10/89: Return of summons unexecuted as to Jean Keller. |  |
| 01/11/89 MF | -- | Issued 01/11/89: Alias summons and one copy as to Jean Keller. |  |
| 02/01/89 BGM | -- | Issued 01/31/89: Alias summons and one copy as to Jean Keller. |  |
| 02/03/89 BGM | 16 | Filed 02/02/89: Return of alias summons executed as to Jean Keller on 01/26/89. |  |

CONTINUED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | 88 C 9858 |
|---|---|---|
| LAERDAL MEDICAL CORPORATION | SOLCO SURGICAL INSTRUMENT COMPANY, et al | DOCKET NO. _____ PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02.10/89 VKD | 17 | Minute order of 02/08/89: The Clerk of Court is directed to advise defendant that appearance by counsel is necessary pursuant to Local General Rule 3.14 of this Court. Status hearing held; continued 20 27 Mar 89 at 9:00 a.m. Conlon, J. Mailed notice 02/10/89. |
| 02/10/89 VKD | 18 | Filed 02/08/89: Copy of letter to defendant Solco Surgical Instrument Co. from Deputy Clerk dated 02/09/89 regarding Rule 3.14 and Rule 39. |
| 03/09/89 | 19 | Minute order of 03/08/89: Plaintiff's motion for default against defendant Jean Keller is denied. Defendant Keller's oral motion for leave to file appearance and answer instanter is granted. Status hearing is set for April 17, 1989 at 9:00 a.m. Conlon, J. Mailed notice 03/09/89. |
|  | 20 | Filed 03/08/89: Plaintiff's notice of motion. |
|  | 21 | Filed 03/08/89: Motion to hold Jean Keller in default. |
|  | 22 | Filed 03/08/89: Appearance of Leon Zelechowski and Karen T. Moses as counsel for defendant Jean Keller d/b/a Keller Medical Specialties. |
|  | 23 | Filed 03/08/89: Rule 39 affidavit of Leon Zelechowski. |
|  | 24 | Filed 03/08/89: Rule 39 affidavit of Karen T. Moses. |
| VKD | 25 | Filed 03/08/89: Defendant Jean Keller d/b/a Keller Medical Specialties' ANSWER. |
| 04/19/89 VKD | 26 | Minute order of 04/17/89: The court will set the discovery closing date on May 16, 1989. Status hearing held; continued to 16 May 89 at 9:00. Conlon, J. Mailed notice 04/19/89. |
| 05/18/89 BGM | 27 | Minute order of 05/16/89: Discovery ordered closed July 18, 1989. No extensions shall be granted. All Dispositive motions to be filed by July 18, 1989. Conlon, J. Mailed notice 05/18/89. |
| 06/01/89 NLF | 28 | Minute order of 05/31/89: Parties are advised that effective May 1, 1989, the procedures to be followed in cases assigned to Judge Conlon are hereby amended. (See attachment). Conlon, J. Mailed notice 06/01/89. |
| 06/16/89 BGM | --- | Issued 06/14/89: Summons and one copy. |
| 06/28/89 MF | 29 | Filed 06/28/89: Return of alias summons executed as to Solco Surgical Instrument Company on 06/21/89 (Attachment). |

CONTINUED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 88C9858 |
|---|---|---|
| LAERDAL MEDICAL CORPORATION | SOLCO SURGICAL INSTRUMENT COMPANY, et al | PAGE 03 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/29/89 | 30 | Minute order of 06/28/89: Plaintiff's motion for leave to file an amended complaint is granted this date. Summons to issue. Motion for six month extension of discovery is denied. Discovery closing date of July 18, 1989 is stricken. New discovery closing date will be set at the next status hearing. Status hearing set for July 18, 1989 is reset to August 16, 1989 at 9:00. No appearance is necessary on July 5, 1989 when this motion was noticed on the court's motion call. Conlon, J. Mailed notice 06/29/89. |
|  | 31 | Filed 06/28/89: Notice of motion. |
| MF | 32 | Filed 06/28/89: Motion for leave to file amended complaint and to extend discovery for 180 days; AMENDED COMPLAINT (Attachments). |
| 07/19/89 MF | 33 | Filed 07/18/89: Jean Keller's notice of deposition as to Robert Spooner on 07/31/89; As to Michael Argentieri on 07/31/89. |
| 07/27/89 BGM | 34 -- | Filed 07/25/89: Plaintiff's AMENDED COMPLAINT. Issued 07/25/89: Summons and one copy as to Keller Medical Specialties Products, Inc.. |
| 08/02/89 NLF | 35 | Filed 08/01/89: Return of summons executed as to Keller Medical Specialties Products, Inc. on 07/26/89. |
| 08/17/89 MF | 36 | Minute order of 08/16/89: The court finds defendant Solco in technical default. Plaintiff to proceed with default judgment against defendant Solco and submit a draft injunction order an supporting materials. Defendant Keller to file its answer today. Discovery ordered closed November 16, 1989. No extensions shall be granted. All dispositive motions to be filed by November 16, 1989. Parties to submit stipulation of agreed facts, proposed findings of fact and conclusions of law, witness and exhibit lists in open court on November 29, 1989 at 9:00. This case is placed on the court's December trial calendar. Status hearing held. Conlon, J. Mailed notice 08/17/89. |
| 08/17/89 BGM | 37 | Filed 08/16/89: Defendants Jean Keller and Keller Medical Specialties's ANSWER TO AMENDED COMPLAINT. |
| 08/30/89 | 38 | Minute order of 08/29/89: Judgment is entered as follows: Plaintiff's motion for entry of default judgment against defendant Solco Surgical Instrument Company is granted. Defendant is ordered to pay plaintiff's attorneys' fees and costs and disbursements of this action. Enter default judgment order. (For further detail see order attached to the original minute order form.) Conlon, J. Mailed notice 08/30/89. |
|  | 39 | Entered 08/29/89: Default judgment order. |
|  | 40 | Filed 08/29/89: Plaintiff's notice of motion. |
| MF | 41 | Filed 08/29/89: Motion for entry of default judgment against defendant Solco Surgucal Instrument Company (Exhibits A through E). |

CONTINUED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 88C9858 |
|---|---|---|
| LAERDAL MEDICAL CORPORATION | SOLCO SURGICAL INSTRUMENT CO. et al | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 09/27/89 | 42 | Minute order of 09/26/89: The court hereby orders defendants to appear for their depositions on October 3, 1989. Motion for sanctions is denied. Conlon, J. Mailed notice 09/27/89. |
|  | 43 | Filed 09/26/89: Plaintiff's notice of motion. |
|  | 44 | Filed 09/26/89: Motion. |
|  | 45 | Filed 09/26/89: Affidavit of Charles J. Raubicheck (Exhibits). |
| PG | 46 | Filed 09/26/89: Supplemental affidavit of Charles J. Raubicheck. |
| 11/16/89 | 47 | Minute order of 11/15/89: Plaintiff's motion to extend discovery is granted. Discovery extended only until December 18, 1989. Submission of the final pretrial order set for November 29, 1989 is reset to January 9, 1990 at 9:00 in open court. This case is set on the court's late January trial calendar. Conlon, J. Mailed notice 11/16/89. |
|  | 48 | Filed 11/15/89: Notice of motion. |
| CH | 49 | Filed 11/15/89: Motion. |
| 11/28/89 | 50 | Minute order of 11/27/89: Keller defendants' motion to compel discovery is hereby referred to Magistrate Lefkow. Conlon, J. Mailed notice 11/28/89. |
| PG | 51 | Filed 11/27/89: Defendant Keller's notice of motion; Motion (Exhibits). |
| 11/30/89 | 52 | Entered order of 11/27/89: The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Lefkow, the magistrate designated pursuant to General Rule 2.41(b). The reasons for my recommendation are: Perform review, conduct necessary evidentiary and other hearings on oral argument on dispositive pretrial matters, as more specifically Keller defendants' motion to compel discovery. Conlon, J.<br>Entered order of 11/28/89: It is hereby ordered that the above-captioned cause be, and the same hereby is, referred to the calendar of Magistrate Lefkow. Grady, CJ.<br>REFERRED TO MAGISTRATE LEFKOW.<br>Mailed notice 11/30/89. |
| 12/05/89 KS | 53 | Filed 12/04/89: Plaintiff's response to the Keller defendants' motion to compel discovery (Exhibits A, B and C). |
| 12/08/89 KS | 54 | Minute order of 12/05/89: Status hearing set for 19 Dec 89 at 10:00. Lefkow, M. Mailed notice 12/08/89. |
| 12/11/89 NLF | 55 | Filed 12/08/89: Defendants Jean Keller and Keller Medical Specialties Products, Inc.'s notice of filing; Keller defendants' reply in support of their motion to compel discovery. |
| 12/20/89 PG | 56 | Minute order of 12/19/89: Status hearing held. Lefkow, M. No notice mailed. |

CONTINUED

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | DOCKET NO. 88C9858 |
|---|---|---|
| LAERDAL MEDICAL CORP. | SOLCO SURGICAL INSTRUMENT CO. et al | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/22/89 | 57 | Minute order of 12/21/89: Defendants' motion for an extension of time to January 11, 1990 to complete discovery is granted. Status hearing and pretrial order date of January 9, 1990 is reset to February 21, 1990 at 9:00 a.m. Case is placed on the March trial calendar. Parties' oral motion for settlement conference is granted. Conlon, J.<br>Mailed notice 12/22/89. |
| PG | 58 | Filed 12/21/89: Defendant Jean Keller and Keller Medical Specialities Products, Inc.'s notice of motion; Motion. |
| 12/22/89 | 59 | Minute order of 12/21/89: Defendant's motion to compel discovery is granted in part and denied in part. Enter decision. (For further detail see order attached to the original minute order form.) Lefkow, M.<br>Mailed notice 12/22/89. |
| PG | 60 | Entered 12/21/89: Decision. |
| 12/27/89 | 61 | Entered order of 12/21/89: The above-captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Lefkow; the magistrate designated pursuant to General Rule 2.41(b). The reasons for my recommendation are to conduct pretrial conferences and related proceedings, and to conduct a settlement conference. Conlon, J.<br>Entered order of 12/21/89: It is hereby ordered that the above-captioned cause, be and the same hereby is referred to the calendar of Magistrate Lefkow. Grady, CJ.<br>REFERRED TO MAGISTRATE LEFKOW. |
| KS | | Mailed notice 12/27/89. |
| 01/16/90<br>PG | 62 | Filed 01/12/90: Defendants Jean Keller and Keller Medical Specialties Products, Inc.'s amended notice of deposition of Hans Dahll on 01/24/90. |
| 01/18/90 | 63 | Minute order of 01/17/90: All matters relating to referral of above entitled cause having been resolved this cause is returned to Judge Conlon for further proceedings. Lefkow, M. |
| KS | | Mailed notice 01/18/90. |
| 01/26/90<br>PG | 64 | Minute order of 01/25/90: Upon request of counsel, settlement conference held. Lefkow, M.<br>No notice mailed. |
| 02/07/90 | 65 | Minute order of 02/06/90: Enter Protective Order. (For further detail see order attached to the original minute order form.) Conlon, J.<br>Judge's staff notified counsel by telephone. |
| EMD | 66 | Entered 02/06/90: Stipulated protective order (Exhibits). |

CONTINUED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LAERDAL MEDICAL CORPORATION | SOLCO SURGICAL INSTRUMENT COMPANY AND ET AL | DOCKET NO. 88C9858 |
| | | PAGE 6 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02/22/90 CH | 67 | Minute order of 02/21/90: Status hearing held. Pretrial order is not complete. Parties are to submit the joint pretrial order on February 27, 1990 at 9:00 a.m. Trial is set for April 9, 1990 at 9:00 a.m. Oral motion for leave to file appearance of Mr. Raubicheck as additional counsel is granted. Conlon, J. Mailed notice 02/21/90. |
| 02/28/90 LG | 68 | Minute order of 02/27/90: Status hearing held. Final pretrial order submitted in open court. Enter final pretrial order. (For further detail see order attached to the original minute order form.) Conlon, J. Mailed notice 02/28/90. |
|  | 69 | Entered 02/27/90: Final pretrial order. |
| 04/03/90 PG | 70 | Filed 04/02/90: Plaintiff's trial memorandum. |
|  | 71 | Filed 04/02/90: Plaintiff's proof of service. |
| 04/04/90 PG | 72 | Filed 04/03/90: Defendants' trial memorandum. |
| 04/05/90 | 73 | Minute order of 04/04/90: Plaintiff's motion for leave to substitute William Danesi for Robert Burns is granted provided Mr. Danesi is made available for deposition prior to trial. Conlon, J. No notice mailed. |
| PG | 74 | Filed 04/04/90: Plaintiff's notice of motion. |
|  | 75 | Filed 04/04/90: Motion. |
| 04/10/90 KS | 76 | Minute order of 04/09/90: Trial begins - bench. Trial continued to April 10, 1990. Conlon, J. No notice mailed. |
| 04/11/90 KS | 77 | Minute order of 04/10/90: Trial held - bench. Trial continued to April 11, 1990. Conlon, J. No notice mailed. |
| 04/13/90 KS | 78 | Minute order of 04/11/90: Trial held - bench. Court will rule by mail. Conlon, J. No notice mailed. |
| 05/15/90 NLF | 79 | Minute order of 05/14/90: Judgment is entered as follows: Judgment is entered for plaintiff Laerdal Medical Corporation and against defendants Jean Keller d/b/a Keller Medical Specialties, and Keller Medical Specialties Prodcuts, Inc. Injunctive relief is denied. By May 28, 1990, plaintiff Laerdal Medical Corporation may submit its petition for reasonable attorneys' fees, to the extent such fees were incurred before defendants offered to enter into a consent decree. Any objections to the fee petition may be filed by June 11, 1990. Enter findings of fact, conclusions of law and orders. Conlon, J. Notice mailed by judge's staff. |
|  | 80 | Entered 05/14/90: Findings of fact, conclusions of law and orders. |
|  | 81 | Entered Judgment. Clerk.         JS-6 |

CONTINUED

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 88C9858 |
|---|---|---|---|
| LAERDAL MEDICAL CORPORATION | | SOLCO SURGICAL INSTRUMENT CO. et al | PAGE 7 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 05/30/90 PG | 82 | Filed 05/29/90: Proof of service of plaintiff's petition for attorney's fees. |
| | 83 | Filed 05/29/90: Plaintiff's petition for attorneys' fees; Affidavit of Charles J. Raubicheck (Exhibits). |
| 06/12/90 LG | 84 | Filed 06/11/90: Defendants Jean Keller d/b/a Keller Medical Specialities and Keller Medical Specialties Products, Inc.'s notice of filing; Objections to plaintiff's petition for attorneys' fees (Exhibits A-D). |
| 06/14/90 | 85 | Filed 06/12/90: Defendant's Jean Keller and Keller Medical Specialties Products, NOTICE OF APPEAL, from order dated 05/16/90. ($105.00 Paid). |
| | --- | Transmitted 06/13/90: To the 7th Circuit Court of Appeals the short record consisting of a stamped copy of Notice of Appeal, 7th Circuit Appeal Information Sheet, copy of appealed orders #79, #80 and #81 and copy of docket entries. |
| | --- | Mailed 06/14/90: To all counsel of record copy of Notice of Appeal, and Circuit Rule 10 letter, with copy of docket entries and 7th Circuit Transcript Information Sheet to: Leon Zelechowski. |
| PP | --- | Forwarded 06/14/90: Copy of letter and NOtice of Appeal to Judge Conlon. |
| 06/14/90 PP | 86 | Filed 06/12/90: Appellant's Circuit Rule 3(c) letter, regarding Jurisdictional Statement. |
| 06/14/90 NLF | 87 | Filed 06/13/90: Reply affidavit of Cahrles J. Raubicheck in support of plaintiff's petition for award of attorneys' fees (Exhibit A). |
| 06/25/90 PG | 88 | Filed 06/18/90: Acknowledgment of receipt of short record on appeal, USCA No. 90-2316. |
| 06/25/90 PG | 89 | Filed 06/22/90: Seventh Circuit Transcript Information Sheet. |
| 06/25/90 | 90 | Filed 06/22/90: Letter to Clerk from John J. Kakacek dated 06/22/90. |
| | 91 | Filed 06/22/90: Plaintiff's list of trial exhibits. |
| | 92 | Filed 06/22/90: Plaintiff's trial exhibits: 2, 9, 10, 11, 12, 14, 15, 17, 17A and 17B (one envelope). |
| | 93 | Filed 06/22/90: Plaintiff's trial exhibits 1, 4, 5, 6 & 7 (1 box). |
| LG | 94 | Filed 06/22/90: Defendant-appellant's descriptive list of trial exhibits 1, 2, 21, 24, 25, 29, 30, 31 & 32 (1 box). |
| 06/26/90 | --- | Certified and transmitted 06/26/90: To the 7th Circuit Court of Appeals the original record consisting of one volume of pleadings, together with one bound volume of loose pleadings (Item No. 83), one large kraft envelope with plaintiff's trial exhibits (Item No. 92), one large box with plaintiff's trial exhibits (Item No. 93) and one large box with defendant's trial exhibits (Item No. 94). |
| PS | --- | Mailed 06/26/90: To all counsel of record copy of transmittal letter, list of documents and certificate. |

continued



DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| LAERDAL MEDICAL CORPORATION | SOLCO SURGICAL INSTRUMENT CO., et. al. | DOCKET NO. 88C9858<br>PAGE 8 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06/26/90 | 95 | Filed 06/25/90: Plaintiff's NOTICE OF CROSS APPEAL re. orders dated 05/14/90 (Fee paid). |
| | 96 | Filed 06/25/90: Plaintiff's copy of circuit rule 3(c) letter from attorney John J. Kakacek. |
| | -- | Transmitted 06/26/90: To the 7th Circuit Court of Appeals the short record consisting of a stamped copy of Notice of Appeal, 7th Circuit Appeal Information Sheet, copy of appealed orders (already have been transmitted with long record) and copy of docket entries. |
| PS | -- | Mailed 06/26/90: To all counsel of record copy of Notice of Appeal and Circuit Rule 10 letter, with copy of docket entries and 7th Circuit Transcript Information Sheet to attorney John J. Kakacek. |
| 06/28/90 PG | 97 | Filed 06/27/90: Seventh Circuit Transcript Information Sheet. |
| 07/06/90 JP | 98 | Filed 07/05/90: Acknowledgment of receipt of short record - USCA No. 90-2408. |
| 07/09/90 | -- | Certified and transmitted 07/09/90: To the 7th Circuit Court of Appeals the original record consisting of one volume of pleadings. |
| PS | -- | Mailed 07/09/90: To all counsel of record copy of transmittal letter, list of documents and certificate. |
| 07/16/90 LG | 99 | Minute order of 07/12/90: Plaintiff's petition for attorneys' fees is granted in part. Plaintiff is awarded $1,235 (6.50 hours at $190 an hour). (For further detail see order on the reverse of the original minute order form.) Conlon, J. Notices mailed by judge's staff. |
| 08/08/90 AEW | 100 | Filed 08/07/90: Transcript of proceedings before Judge Conlon on 04/09/90, 04/10/90, and 04/11/90. (3 Volumes: 100-1 through 100-3). |
| 08/08/90 | -- | Certified and transmitted 08/08/90: To the 7th Circuit Court of Appeals a supplement to the record consisting of three volumes of transcript of proceedings (Item 100). |
| AEW | -- | Mailed 08/08/90: To all counsel fo record copy of transmittal letter and supplemental certificate. |
| 08/14/90 | 101 | Filed 08/13/90: Plaintiff's NOTICE OF APPEAL re. order dated 07/12/90 (Fee paid). |
| | 102 | Filed 08/13/90: Plaintiff's Jurisdictional Statement from attorney John J. Kakacek. |
| | -- | Transmitted 08/14/90: To the 7th Circuit Court of Appeals the short record consisting of a stamped copy of Notice of Appeal, Jurisdictional Statement, 7th Circuit Appeal Information Sheet, copy of appealed order #99 and copy of docket entries. |
| PS | -- | Mailed 08/14/90: To all counsel of record, copy of Notice of Appeal, Jurisdictional Statement and Circuit Rule 10 letter, with copy of docket entries and 7th Circuit Transcript Information Sheet to attorney John J. Kakacek. |
| 08/22/90 AEW | 103 | Filed 08/17/90: Acknowledgment of receipt of short record, USCA # 90-2758. |

continued

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | DOCKET NO. 88C9858 |
|---|---|---|---|
| LAERDAL MEDICAL CORPORATION | | SOLCO SURGICAL INSTRUMENT COMPANY, et. al. | PAGE 9 OF ___ PAGES |
| DATE | NR. | PROCEEDINGS | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 08/27/90 PS | --- | Certified and transmitted 08/27/90: To the 7th Circuit Court of Appeals the original record consisting of one volume of pleadings. Mailed 08/27/90: To all counsel of record, copy of transmittal letter, list of documents and certificate. |
| 10/05/90 HD | 104 | Filed 09/28/90: Certified copy of order dated 09/20/90 from the USCA, 7th Cir. ... It is ordered that these appeals are DISMISSED pursuant to Federal Rule of Appellate Procedure 42(b). (Appeal nos. 90-2316, 90-2408, and 90-2758). |
| 10/05/90 HD | 105 | Filed 10/28/90: Transmittal letter dated 09/28/90 from the USCA for returning the records consisting og three (3) volumes of pleadings, two (2) envelopes exhibits, one (1) volume of loose pleadings, three (3) volumes of transcripts and two (2) boxes of exhibits. |
| 11/21/90 HD | 106 | Filed 11/21/90: Transmittal letter from the USCA, 7th Cir. dated 11/20/90 returning the rcord on appeal consisting og 2 boxes of exhiibts. (Appeal no. 90-2311). |

CLOSED

DEC 1 1990

FOR DISPOSITION