Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 88 C 9858 | **DATE** | 3/26/2008 |
| **CASE TITLE** | LAERDAL MEDICAL CORPORATION vs. SOLCO SURGICAL INSTRUMENT CO., ET AL | | |

**DOCKET ENTRY TEXT**

In accordance with applicable rules and statutes and pursuant to plaintiff's consent, the clerk's office shall destroy trial exhibits docket #93 of captioned case.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|